# Third District Court of Appeal

## State of Florida

Opinion filed February 5, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1414
Lower Tribunal No. 18-4519-CA-01
_____

**Gerardo Moya**,
Appellant,

vs.

**Universal Property & Casualty Insurance Company**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lisa S. Walsh, Judge.

Levin Litigation, PLLC, and Yitzhak Levin and Frantz C. Nelson (Hollywood), for appellant.

Russo Lima Appellate Firm, P.A., and Elizabeth K. Russo and Paulo R. Lima; Bernstein, Chackman, Liss (Hollywood), for appellee.

Before LOGUE, C.J., and LINDSEY and GOODEN, JJ.

PER CURIAM.

Affirmed. See Forbes v. Millionaire Gallery, Inc., 335 So. 3d 1260, 1263 (Fla. 3d DCA 2022) ("[A]n appellate court must affirm the denial of a motion for directed verdict if any reasonable view of the evidence could sustain a verdict in favor of the non-moving party." (quoting Meruelo v. Mark Andrew of Palm Beaches, Ltd., 12 So. 3d 247, 250 (Fla. 4th DCA 2009))); Forbes, 335 So. 3d at 1262 (An appellate court reviews "the trial court's denial of a motion for a directed verdict . . . de novo" (quoting Miami-Dade Cnty. v. Jones, 232 So. 3d 1127, 1129 (Fla. 3d DCA 2017))).